

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-16-00216-CR |
| Appellant, | § | Appeal from the |
| vs. | § | County Criminal Court at Law Number 1 |
| DANIEL SALERNO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20150C10059) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment.  We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with the opinion of this Court.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF APRIL, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.